IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROLAND MORAN** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:07CV1181-HSO-RHW |
| | § | |
| **STATE FARM FIRE AND** | § | |
| **CASUALTY COMPANY** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant State Farm Fire and Casualty Company. The Court, after a full review and consideration of Defendant's Motion, Plaintiff's Response, Defendant's Reply, the pleadings on file and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56., and that this civil action be and hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 2nd day of July, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE